UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH A. RIVERA,
Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

26-CV-2823 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is the Commissioner's motion to dismiss the complaint or in the alternative for summary judgment. (*See* ECF 17.) Plaintiff's opposition shall be filed by **September 21, 2026**. The Commissioner's reply, if any, shall be filed by **October 5, 2026**.

If Plaintiff has legal questions about his case, he is encouraged to contact the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with his or her case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

If Plaintiff would like legal assistance, he should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or

email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

DATED: July 23, 2026
New York, NY

SO ORDERED.

______________________________

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**