UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH A. RIVERA,
Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

26-CV-2823 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is the Commissioner's motion to dismiss the complaint or in the alternative for summary judgment. (*See* ECF 17.) On September 18, 2026, Plaintiff filed a letter regarding an extension of time to file an opposition. (*See* ECF 24.) Plaintiff's opposition shall be filed by **October 19, 2026**. The Commissioner's reply, if any, shall be filed by **November 2, 2026**.

DATED: September 22, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**