UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ralph A. Rivera,<br>Plaintiff,<br>-against-<br>Commissioner of Social Security,<br>Defendant. | 26cv02823 (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The pro se plaintiff and counsel for defendant are directed to appear for an oral argument on **March 8, 2027 at 10:30 AM EST** held through video conference. The parties will each have 30 minutes for their arguments. The Courtroom Deputy will email the video link in March of 2027. The public may observe by calling (646) 453-4442 and entering access code: 263 122 224#.

The Clerk of Court is respectfully requested to terminate ECF 26 and ECF 27; and is directed to mail a copy of this order to the self-represented party who has not consented to e-service or e-filing.

DATED: October 26, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge