UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH A. RIVERA,
Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

26-CV-2823 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 22, 2026, I extended the briefing schedule for the pending motion to dismiss in this matter (ECF 17), ordering Defendant to file its reply memorandum of law in support of its motion to dismiss by November 2, 2026. (*See* ECF 28.) Defendant has not filed a reply.

Accordingly, I am nunc pro tunc extending the deadline for Defendant to file its reply until **November 10, 2026.** If no reply is filed and no extension requested, I will consider the motion fully briefed.

DATED: November 4, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**